Eric J. Troutman (SBN 229263)
*troutman.eric@dorsey.com*
Divya S. Gupta (SBN 284282)
*gupta.divya@dorsey.com*
Scott D. Goldsmith (SBN 259499)
*goldsmith.scott@dorsey.com*
Sabrina Ly (SBN 307437)
*ly.sabrina@dorsey.com*
**DORSEY & WHITNEY LLP**
600 Anton Boulevard, Suite 2000
Costa Mesa, CA  92626-7655
Telephone:   (714) 800-1400
Facsimile:   (714) 800-1499

Attorneys for Defendant
EVINE Live Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Betty Gregory, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>EVINE Live Inc., a Minnesota corporation, and , DOES 1-10, inclusive,<br><br>Defendants. | CASE NO:  **8:17-cv-01112-DOC-AGR**<br><br>Assigned to:<br>Judge David O. Carter<br>Courtroom 9D / 9th Floor<br><br>Referred to:<br>Magistrate Judge Alicia G. Rosenberg<br>Courtroom B / 8th Floor<br><br>**STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**<br><br>**HEARING**<br>Date:       December 4, 2017<br>Time:      8:30 a.m.<br>Ctrm:      9D<br><br>Trial Date:        None Set |

| SUF # / Undisputed Fact | Evidence |
|---|---|
| #1 - EVINE is a digital retailer that offers products to customers through internet and television platforms. EVINE's website permits customers to create online accounts to facilitate product purchases, delivery, payment, and payment plans. EVINE customers can access their EVINE accounts via EVINE's website and thereby make changes to the demographic information associated with their EVINE accounts—including their contact phone numbers—online via the EVINE website. | Declaration of Laurie O'Neal ("O'Neal Dec."), ¶¶ 2, 4, 10, 12, 13. |
| #2 - The phone number at issue in this case is 951-███-4139 (the "Phone Number"). | Declaration of Eric Troutman ("Troutman Dec."), ¶ 2, Ex. A. |
| #3 - On April 13, 2010, Plaintiff Betty Gregory created an online account with EVINE, identified as customer number ending 1893 (the "1893 Account"). | O'Neal Dec., ¶¶ 1-3, 6, 7, Ex. A. |
| #4 - On May 4, 2011, at about 9:41 a.m., Plaintiff called EVINE regarding the 1893 Account and provided the Phone Number to EVINE. | O'Neal Dec., ¶¶ 1-3, 6, 8, 9, Ex. A. |
| #5 - EVINE's account notes for the 1893 Account reflect that during the call to EVINE Plaintiff "Changed Phone Number to 941-XXX4139 from 951XXX4784". | O'Neal Dec., ¶¶ 6, 8, 9, Ex. A. |
| #6 - On June 17, 2011, Plaintiff Betty Gregory created an online account with EVINE, identified as customer number ending 7643 (the "7643 Account"). | O'Neal Dec., ¶¶ 1-3, 6, 11, Ex. B. |

1

STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT
CASE NO. 8:17-CV-01112-DOC-AGR

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | #7 - On June 17, 2011, at about 9:47 a.m., Plaintiff accessed the 7643 Account online and provided the Phone Number to EVINE via interaction with EVINE's website as her "primary phone." | O'Neal Dec., ¶¶ 1-3, 6, 11, 12, Ex. B. |
| 5<br>6<br>7<br>8 | #8 - On May 18, 2013, at about 9:23 a.m., Plaintiff accessed the 7643 Account online and provided the Phone Number to EVINE a second time in connection with the 7643 Account, this time as a "secondary phone". | O'Neal Dec., ¶¶ 1-3, 6, 11, 13, Ex. B. |
| 9<br>10<br>11 | #9 - On January 16, 2015, at about 3:55 p.m., Plaintiff accessed the 1893 Account online via EVINE's website and provided the Phone Number to EVINE again. | O'Neal Dec., ¶¶ 1-3, 6, 10, Ex. A. |
| 12<br>13<br>14 | #10 - Other than the 1893 Account and the 7643 Account, the Phone Number has never been associated with any other EVINE account. | O'Neal Dec., ¶¶ 1-3, 5, 6. |
| 15<br>16<br>17<br>18<br>19<br>20 | #11 - EVINE's account records—which comprehensively track calls made to phone numbers associated with its accounts—demonstrate that EVINE never called the Phone Number in connection with the 1893 Account. It made one single call to the Phone number in connection with the 7643 Account on November 21, 2011. | O'Neal Dec., ¶¶ 1-3, 14, 15, 16, Ex. B. |
| 21<br>22<br>23 | #12 - Other than the single call to the Phone Number on November 21, 2011, EVINE has never called the Phone Number. | O'Neal Dec., ¶¶ 1-3, 14, 15, 16, Ex. B. |

24

25  / / /

26  / / /

27  / / /

28

DATED:  October 30, 2017         DORSEY & WHITNEY LLP

By */s/ Scott D. Goldsmith*
Eric J. Troutman
Scott D. Goldsmith
Attorneys for Defendant,
EVINE Live Inc.