HELEN I. ZELDES (SBN 220051)
ANDREW J. KUBIK (SBN 246902)
**COAST LAW GROUP, LLP**
1140 S. Highway 101
Encinitas, CA 92024
Tel. (760) 942-8505
helen@Coastlaw.com
andy@coastlaw.com

Tammy Gruder Hussin (155290)
**HUSSIN LAW**
1596 N. Coast Hwy 101
Encinitas CA 92024
Tel. (877) 677-5397
Tammy@HussinLaw.com

Attorneys for Plaintiff Betty Gregory

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| Betty Gregory, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br>v.<br>EVINE Live, Inc., a Minnesota corporation; et al.,<br><br>Defendants. | **Case No. 8:17-cv-01112-DOC-AGR**<br><br>NOTICE OF SETTLEMENT |

Plaintiff hereby informs this Court that this matter has settled, and that settlement agreements should be finalized within the next 30 days.

///

///

///

-1-

-2-

| | | |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | DATED: February 27, 2018 | **COAST LAW GROUP, LLP** |
| 4 | | |
| 5 | | By  /s/ Helen I. Zeldes |
| 6 | |     Helen I. Zeldes<br>    Attorneys for Plaintiff<br>    Betty Gregory |
| 7 | | |
| 8 | DATED: February 27, 2018 | **HUSSIN LAW** |
| 9 | | |
| 10 | | By:  /s/ Tammy Gruder Hussin |
| 11 | |     Tammy Gruder Hussin<br>    Attorneys for Plaintiff<br>    Betty Gregory |
| 12 | | |